MAE BUTLER, Individually and as Administratrix of the Estate of HELEN B. CRANDALL, Deceased, et al., Respondents, v. LEWIS A. CRANDALL et al., Individually and as Executors of LEWIS E. CRANDALL, Deceased, et al., Appellants.— All concur.

In the Matter of the Claim of FANNIE TUSHINSKY, Appellant, against NATIONAL BROADCASTING COMPANY et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.— All concur.

In the Matter of the Claim of HAROLD HAWKINS, Respondent, against HOTEL STATLER et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KENDRICK A. LUTHER et al., Individually and as Copartners Doing Business under the Name of LUTHER-KEFFER AGENCY, Petitioners, against STATE TAX COMMISSION, Respondent.— All concur.

In the Matter of ALLIED VAN LINES, INC., Petitioner, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, Respondents.— All concur.

SARAH M. O'BRIEN, as Administratrix of the Estate of THOMAS F. O'BRIEN, Deceased, Respondent, v. B. H. TRANSPORTATION COMPANY, INC., et al., Appellants.— All concur.

PETER DUCHESSI, Respondent, v. DOMINIC D'ALESANDRO et al., Appellants.— All concur.

LOUISE H. CASE et al., Plaintiffs, and CLIFTON ORE COMPANY, INC., Appellant and Respondent, v. W. H. LOOMIS TALC CORPORATION, Respondent and Appellant.— All concur.